UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | Case No. 2:13-cr-0125-APG-GWF |
|---|---|
| Plaintiff, | ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON MOTION TO SUPPRESS |
| v. | |
| JACERE CENTERS, | |
| Defendant. | |

On July 29, 2013, defendant Jacere Centers filed a motion [Dkt. #22] to suppress all physical and testimonial evidence seized during the traffic stop of Mr. Centers on March 6, 2013. After conducting an evidentiary hearing over two days, Magistrate Judge Foley entered his Report and Recommendation [Dkt. #44] recommending that Mr. Centers' Motion to Suppress [Dkt. #22] should be granted. The Government filed an Objection to the Report and Recommendation [Dkt. #48] and Mr. Centers filed a Response [Dkt. #49]. Pursuant to Local Rule IB 3-2(b), the court has conducted a *de novo* review of the motion to suppress and related papers. Good cause appearing,

**IT IS HEREBY ORDERED** that Magistrate Judge Foley's Report and Recommendation is accepted and approved. However, the court notes that the discussion in the Report and Recommendation about whether the handgun would have been discovered during a properly conducted inventory search [Dkt. #44 at 15:14 – 16:3] is *dicta*, given the finding that the police were not authorized to perform an inventory search. [*Id.* at 15:11-13.] The court has not reviewed

that issue given the disposition of the motion to suppress on other grounds. The remainder of Magistrate Judge Foley's detailed analysis is adopted herein.

Dated: December 19, 2013.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE