DANIEL G. BOGDEN
United States Attorney
CRISTINA D. SILVA
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-6418

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>             Plaintiff,<br>vs.<br><br>JACERE CENTERS,<br>             Defendant. | 2:13-cr-00125-APG-GWF<br><br>GOVERNMENT'S MOTION TO DISMISS CRIMINAL INDICTMENT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(A)<br><br>**AND ORDER** |

The United States of America, by and through the undersigned attorney, respectfully seeks leave of court pursuant to Federal Rule of Criminal Procedure 48(a) to dismiss the Criminal Indictment filed on April 2, 2013. Docket #1. On December 19, 2013, the District Court issued an Order (Docket #50) accepting and approving the Report and Recommendation (Docket #44) granting defendant's Motion to Suppress for Fourth Amendment Violation (Docket #22). As a result of the suppression, the Government cannot continue to prosecution at this time.

Therefore, the Government respectfully requests that the criminal indictment in the instant case (Docket #1) be dismissed, and the case be closed.

Dated this 31st day of December, 2013.

                                      Respectfully submitted,
                                      DANIEL G. BOGDEN
                                      United States Attorney

                                       //s//
                                      CRISTINA D. SILVA
                                      Assistant United States Attorney

                                          **IT IS SO ORDERED.**

_____
**ANDREW P. GORDON, U.S. DISTRICT JUDGE**
**DATED: JANUARY 6, 2014**